opinion. Woodward, Jenks and Miller, JJ., concurred; Hooker, J., dissented; Hirschberg, P. J., not voting.

Peter Cirkot, Appellant, v. Clement H. Brown, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of *Flanagan* v. *Fox* (6 Misc. Rep. 132; affd., 144 N. Y. 706.) Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

George R. Conklin and George H. Strong, Respondents, v. William H. Coddington, Defendant. John C. Minturn, Subsequent Lienor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Jefferson B. Conley, Respondent, v. Frank Carney and Others, Individually and as Assessors of the Town of Hague, County of Warren, State of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Mary E. Connell, Respondent, v. William F. Connell, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Mary J. Curtin, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Michael Doyle, Respondent, v. Nicholas Welsh, Appellant.— Judgment and order of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Henry Edelstein and Louis Levy, Respondents, v. Wolf Elias, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Lewis Eisner, Respondent, v. Charles E. Johnson, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Engelhardt Construction Company, Appellant, v. Jacob Mann, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ferdinand Munch Brewery, Appellant, v. Grace Muller and Adolph Muller, Sued as John Doe, etc., Respondents. (Action No. 1.) — Judgment and order affirmed, as to each defendant, with costs. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.

Ferdinand Munch Brewery, Respondent, v. Grace Muller and Adolph Muller, Sued as John Doe, etc., Appellants. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.

Fort Comfort Inn and Realty Company, Respondent, v. Isaac H. Ford, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The Gerzog Davidoff Construction Company, Respondent, v. Jacob Levin, Appellant.— Order reversed, with ten dollars costs and disbursements, and